# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-01269-LTB-BNB

CACH, LLC, a Colorado limited liability company,

      Plaintiff,

v.

FORWARD PROPERTIES INTERNATIONAL, INC., a Texas corporation,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


The Motion to Withdraw Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(5) (Doc 11 - filed September 10, 2007) is **GRANTED**.  The Motion to Dismiss (Doc 4) is **WITHDRAWN**.


Dated:  September 11, 2007

_____